# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTIE FAITH MATLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-18-515-R |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of the Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Application for Award of Attorney's Fees Under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. *See* Doc. 30. Plaintiff seeks EAJA attorneys' fees in the amount of $5,429.60. Defendant has filed no objection or response to Plaintiff's motion. The Court finds that Plaintiff is the prevailing party herein; that Defendant has not demonstrated that her position herein was substantially justified; that Plaintiff's net worth does not and did not at the time this action was filed exceed $2,000,000; that there are no special circumstances that would make an EAJA award unjust; and that the amount of time expended, the hourly fees, and the total fees sought are reasonable. Therefore, Plaintiff's motion for EAJA attorneys' fees in the amount of $5,429.60 is GRANTED. In the event the EAJA fees awarded to Plaintiff are paid to Plaintiff's counsel and Plaintiff's counsel later recovers fees pursuant to 42 U.S.C. § 406(b), Plaintiff's counsel shall refund the smaller award of attorneys' fees to Plaintiff.

IT IS SO ORDERED this 4th day of June, 2019.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE